NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROGER GARDEN, JR.,                      )
                                        )
            Appellant,                  )
                                        )
v.                                      )      Case No. 2D16-4977
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____    )

Opinion filed October 26, 2018.

Appeal from the Circuit Court for
Hillsborough County; Christopher C.
Sabella, Judge.

Brooke Elvington, Fort Lauderdale, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Laurie Benoit-Knox,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


KHOUZAM, LUCAS, and SALARIO, JJ., Concur.